United States District Court
Southern District of Texas
**ENTERED**
February 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Harwin Investors, Ltd, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-18-32 | |
| § | | |
| Interstate Fire & Casualty Company, § | | |
| Defendant. § | | |

## ORDER

On February 28, 2019, the parties announced that a settlement has been reached in this action.  Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this order on presentation of adequate proof that the settlement could not be consummated.  All motions currently pending are **DENIED** without prejudice.  Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 28th day of February, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE