**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HARWIN INVESTORS, LTD.** | § | |
| | § | **Civil Action No. 4:18-cv-00032** |
| v. | § | |
| | § | |
| **INTERSTATE FIRE & CASUALTY** | § | **JURY** |
| **COMPANY** | § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, HARWIN INVESTORS, LTD. ("Harwin Investors"), and Defendant, INTERSTATE FIRE & CASUALTY COMPANY ("IFCC"), collectively referenced as "the Parties," jointly move the Court for an Order dismissing the above-referenced action <u>with prejudice</u> pursuant to Rule 41 of the Federal Rules of Civil Procedure, and would show the Court as follows.

1. The Parties have reached a mutually satisfactory resolution of all causes of action, claims, obligations, demands, and any other requests for relief of any nature whatsoever arising out of, pertaining to, or related in any manner to IFCC's handling of an insurance claim submitted by Harwin Investors pertaining to damage to real property owned by Harwin Investors, and which is described in greater detail in the pleadings on file herein.

2. Accordingly, the Parties, through their undersigned counsel, hereby respectfully move for the entry of an Order dismissing in their entirety all causes of action, claims, obligations, demands, liens, and any other requests for relief of any nature whatsoever that have been asserted in this action, or which could have been asserted herein, <u>with prejudice to the refiling of same</u>.

3. Such dismissal will dispose of the entire case. Each party shall bear its own respective attorneys' fees, expenses, and taxable costs of court.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/ Robert C. Lane*
Robert C. Lane, Attorney-in-Charge
Texas Bar No. 24046263
Email: notifications@lanelaw.com
Jack Kitchen
Texas Bar No. 24084320
Email: jack.kitchen@lanelaw.com
6200 Savoy Drive, Suite 1150
Houston, Texas 77036
[T] (713) 595-8200
[F] (713) 595-8201

***Counsel for Plaintiff***


MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

/s/ *P. Wayne Pickering*
Christopher W. Martin (Attorney In Charge)
Texas Bar No. 13057620
Email: martin@mdjwlaw.com
P. Wayne Pickering
State Bar No. 15975030
Email: pickering@mdjwlaw.com
808 Travis, 20th Floor
Houston, Texas 77002
[T] (713) 632-1700
[F] (713) 222-0101

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served on counsel of record via the Court's electronic case filing and service procedures in accordance with the Federal Rules of Civil Procedure on this the 21st day of March, 2019.

*/s/ P. Wayne Pickering*
P. Wayne Pickering