United States District Court
Southern District of Texas
**ENTERED**
March 21, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARWIN INVESTORS, LTD. | § § | |
| v. | § § § | Civil Action No. 4:18-cv-00032 |
| INTERSTATE FIRE & CASUALTY COMPANY | § § | JURY |

## AGREED ORDER OF FINAL DISMISSAL WITH PREJUDICE

On this day came on for consideration the Joint Stipulation of Dismissal with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure filed by Plaintiff, HARWIN INVESTORS, LTD. ("Harwin Investors"), and Defendant, INTERSTATE FIRE & CASUALTY COMPANY ("IFCC"), collectively referenced as "the Parties."

The Court, having been advised by the Parties that they have reached a mutually satisfactory resolution of all causes of action, claims, obligations, demands, and any other requests for relief of any nature whatsoever arising out of, pertaining to, or related in any manner to IFCC's handling of an insurance claim submitted by Harwin Investors pertaining to damage to real property owned by Harwin Investors, and which is described in greater detail in the pleadings on file herein, and having further been advised by the Parties that they therefore no longer wish to pursue any such causes of action, claims, counterclaims, obligations, demands, liens, or any other requests for relief against one another, and having been requested to dismiss this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), makes the following orders:

**IT IS ORDERED** that the above entitled and numbered action is hereby dismissed, with prejudice to the refiling of same, in its entirety, including all causes of action, claims, counterclaims, obligations, demands, and any other requests for relief of any nature whatsoever

which have been asserted in this action, or which could have been asserted herein, arising out of, pertaining to, or related in any manner to the above-referenced insurance claim made the basis of this lawsuit.

**IT IS FURTHER ORDERED** that each party shall bear its own expenses, taxable costs of court, and attorneys' fees.

SIGNED this the **21st** day of March, 2019.

_____
HON. SIM LAKE
UNITED STATES DISTRICT JUDGE

Approved as to form and content:


*/s/ Robert C. Lane*
Robert C. Lane, Attorney-in-Charge
Texas Bar No. 24046263
Email: notifications@lanelaw.com
Jack Kitchen
Texas Bar No. 24084320
Email: jack.kitchen@lanelaw.com
THE LANE LAW FIRM, PLLC
6200 Savoy Drive, Suite 1150
Houston, Texas 77036
[T] (713) 595-8200
[F] (713) 595-8201

***Counsel for Plaintiff***


/s/ P. Wayne Pickering
Christopher W. Martin, (Attorney In Charge)
Texas Bar No. 13057620
Email: martin@mdjwlaw.com
P. Wayne Pickering
Texas Bar No. 15975030
Email: pickering@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
[T] (713) 632-1700
[F] (713) 222-0101

***Counsel for Defendant***